**FILED**

JUL 2 4 2006

Bruce Everett Void-El
_____
NAME

F-10343-90
_____
CRIMINAL CASE NUMBER

[ 05882-007 ]
_____
PRISION NUMBER

U.S.P. Hazelton
_____
PLACE OF CONFINEMENT
*POB 2000*
*Bruceton Mill, W. VA.*
    *26527*

Writ of Habeas Corpus NANCY MAYER WHITTINGTON, CLERK
                       U.S. DISTRICT COURT
under 2254; and actual innocence
in conjuction with remedy 1333 (1 )
Savings to suitors and 1631, 1652.

_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Bruce Everett Void-El
_____
(Full Name )         )
          Petitioner)
In propria persona   )
                     )         Civi
    v.               )
                     )
                     )
Al Haynes            )
_____   )
Respondant

CASE NUMBER  1:06CV01305

JUDGE: Ellen Segal Huvelle

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 07/24/2006

PLEASE TAKE NOTICE that Bruce Everett Void-El (who) was Improperly designated 1/, in the entitled matter: UNITED STATES OF AMERICA, VS. BRUCE E. VOID; Case NO. F-10343-90. Will move for an order before the Honorable (Court) granting Write of Habeas Corpus: under (Title 28, United States Code, Section 2254: and Actual Innocence, In Conjunction with remedy under 1333(1) "Savings to Suitors" and 1631,1652. In the United States District Court for the District of Columbia.

It is fundamental law in the United States that criminal statutes <u>must</u> be Construed Strictly in favor of the accused. Chief Justice Marshall articulated this principle in 1820. Therefore, the court <u>must</u> "in view of the traditional canon of construction which calls for the Strict interpretation of Criminal Statutes and rules in favor of defendant where substantial rights are involved."

<u>footnote</u>

1/    error de persona = Latin "error of the person". A mistake about a person's Identity.

1

1) Setting aside and vacating Void Judgment against improperly designated defendant Bruce Everett Void-El whom is actually innocent.

2) Jurisdictional (objection) that the indictment does not charge an offense, is limited to a legal analysis... its requires that the indictment be carefully scrutinized in order to seperate its mere conclusions of law from its properly plead fact. This requires a hearing as to the nature of the evidence presented to the grand jury. Jurisdictional objection additionally involve the fact that improperly designated defendant Bruce Everett Void-El 2/, is not within the purview of the DISTRICT OF COLUMBIA CODE 22, or 33 much less within the purview of sections 2401, 3202: 3204(b), 3204(a) and 541(a)(1), 549. Which appear in the indictment. A natural person (Bruce Everett Void-El) is a nonjuridical entity.

3) That the verdict returned by petit jury against improperly designated defendant (Bruce Everett Void-El), in the entitled matter; UNITED STATES OF AMERICA VS. BRUCE E. VOID 3/, Case No. F-10343-90, is a legally inconsistent verdict: "A verdict inwhich the same element is found to exist and not exist, as when a defendant is acquitted of one offense and Convicted of another, when the offense arise from the same set of fact and

footnote

2/ Manifested error = An error that is plain and indisputable, and that amounts to a complete disregard of the controlling law or the Credible evidence in the record.

3/ Rule of Rank. A doctrine of Statutory Construction holding that a statue dealing with things or persons of an inferior rank cannot by any general words be extended to things or persons of a superior rank.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Affidavit in Support of Writ of Habeas Corpus:
Under 2254; and Actual Innocence in conjunction
with remedy 1333(1) "Savings to Suitors" and 1631,1652

---

I, Bruce Everett Void-El aver, and deposes and say:
My real and true name is Bruce Everett Void-El, and my present
domain is in America. I am fully Competent to testify with re-
spect to this matter; and I am over 21 years of age. The aver-
ments herein are true, Correct, and Complete to the best of
one's knowledge and in accord with one's deeply held spiritual
Convictions and Creed re The Great God of the Universe.

I am a native born American, a Stranger, and Sojourner in
the land of my birth. I am a flesh and blood human being with
infinite unalienable rights.

I am a free Sovereign with Birthright, and Natural rights.

I am not nor have I ever been a 14th Amendment Statutory
Citizen of the UNITED STATES OF AMERICA, neither its 50 STATES!!!
Neither Subject to its laws, Statute, Codes and ordinance,
treatise nor Jurisdiction.                    06 1305

I aver that the real and true name of Bruce Everett Void-El
has no Contractual, Statutor or anything else with the UNITED
STATES OF AMERICA, neither its 50 STATES.          **FILED**

I aver that the real and true name of Bruce Everett Void-El
has been Improperly designated as the defendant in the matter

JUL 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

matter: UNITED STATES OF AMERICA VS. BRUCE E. VOID; Case No.

f-10343-90.

I aver that the real and true name of Bruce Evertee Void-El.
is Actually Innocent, of all laws, Statute, Codes and Ordinance,
or treaties or under the purview of the DISTRICT OF COLUMBIA in
the entitled matter: UNITED STATES OF AMERICA VS. BRUCE E. VOID;
Case No. F-10343-90.

I aver that the Petit Jury returned a legally inconsistent
verdict in the Second Count of the indictment (First degree murder
while armed)(Premeditated)  in  violation of 22 D.C. Code sec-
tions 2401, 3202; in the entitled matter:  UNITED STATES OF AMER-
ICA VS. BRUCE E. VOID; Case  No. F-10343-90, against improperly
designated defendant (Bruce Everett Void-El).

I aver that their is no sworn affidavit of liability of the
accusing officer; attorney of the United States in and for the
DISTRICT OF COLUMBIA, Jay B. Stephens, swearing to the liability
of Improperly designated defendant, Bruce Everett Void-El, to; 22
D.C. Code sections 2401; 3202, 3204(b), 3204(a); and 33 D.C. Code
541(a)(1); 549.  In the indictment, or the records of the proceeding
in case No. F-10343-90; UNITED STATES OF AMERICA VS. BRUCE E. VOID.



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
DIEGO M. MORENO
United States Penitentiary Hazelton
P. O. Box 450
Bruceton Mills, West Virginia 26525
My Commission Expires Dec. 30, 2015

Sui Juris

Inpropria persona

Averred, subscriber and affirmed before me this 30th day of MAY 2006.

Official Notary Seal: _____
                        Signature of Notary Public

Notary Public for the state of West Virginia
My commission expires Dec 30, 2015

## Affidavit of Specific Negative Averment

One living, sentient, free-will, Sundrv Moorish America natural man know as Bruce Everett Void-EL herein after "one", acting with rights granted by the Great God upheld by natural law declares and attests that the following fact are true, correct, and complete to the best of one's knowledge and in accord with one's deeply held spiritual convictions and creed re The Great God.

One issues this Affidavit of Specific Negative Averment, herein after "Affidavit" on the basic that each and every party acting against One in any manner purport to be acting in an official capacity.

One denies that any of the below - named, undefined, and unproved beings/ entities/ persons/ corporations/ associations/ trusts/ unincorporated associations/ Limited partnership/ Whatever exists, is solvent, has capacity to sue and be sued, can appear in court, and is in bona fide, enforceable contract with any alleged party:

BRUCE E. VOID

UNITED STATES OF AMERICA

DISTRICT OF COLUMBIA

06 1305

**FILED**

JUL 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Correct Parties Concerning any alleged dispute (the indentity of real Parties in interest) must be accurately and legally identified and present in court in order for any proceeding to

commence, inasmuch as otherwise ambiguity prevails and no way
exists to know who is involved with whom, how, and why, rendering
any such proceeding, and all matters Connected therewith and
pertaining thereto Void for Vagueness as per 46 AmJur 2d.
Judgement:

"100 Parties.  A judgment should indentify the parties foe and
against whom it is rendered, with such certainty that it may
be readity enforced, and a judgment which does not do so may
be regarded as Void for uncertainty..."

This Affidavit Constitutes a "Specific negative averment" in
accordance with Federal Rules of Civil Procedure Rule 9(a)
"Nunc pro tunc" to July 16, 1990. re alleged DISTRICT OF COLUMBIA,
Holding a criminal term, Grand Jury Sworn in on July 16, 1990.
"The UNITED STATES OF AMERICA v. BRUCE E. VOID, Criminal No:
GJO:GJO allegedly involving some undefined and unproved beings/
entitled/ person/ corporations/ associations/ trusts/ limited
partnerships/ unincorporated associations/ Whatever referenced
as "DISTRICT OF COLUMBIA" herein after "Fictional agancy,"
CLAIMANT, herein after "Fictional Claimant," and BRUCE E. VOID
herein after "Fictional Debtor,"  Whereby One declares and asserts
absolutely that:

1.  None of the above-enumented all-capital-letter assemblages
of letters exists and is solvent.

2.  One _is_ none of said all-capital-letter assemblages of letters,

i.e., trade-name, not Fictional Agency, not Fictional Claiment, and not Fictional Defendant, and is therefore a non party to: District of Columbia, holding a criminal term, grand jury indictment #GJO:GJO.

3.  One's true name is Bruce Everett Void-El and not BRUCE E. VOID.

4.  One's rank is that of unlimited-liability, living, sentient, free-will, Sundry Moorish America being with all absolute, unalienable rights, and power to uphold said rights, intact.

5.  One's standing in law that of a soverign inhabitant on the soil of the land commonly referenal as "America".

6.  All assertions that one's is a party to any proceeding concerning, DISTRICT OF COLUMBIA, Holding a criminal Term, grand jury indictment #GJO:GJO are null and void and of no force and effect ab initio.
One is not a part to an imaginary dispute between non existent and non-appearing entities.

7.  DISTRICT OF COLUMBIA, Holding a criminal term grand jury indictment #GJO:GJO, must be abated ab initio.

8.  Fictional agency and Fictional Claimant do not possess, and can never passess, jurisdiction over one, nor one's Property. nor one's rights, and the issue of jurisdiction cannot be waived.

9. The record must be corrected re this matter immediately.

10. All parties whatsoever are estopped henceforth from acting against any of one's rights and property in any manner re this matter.

Any man or woman desiring to rebut this Affidavit and disprove the negative averments asserted herein must rebut in the manner of this affidavit, using true, and real name for signature, executed true, correct, and complete and notarized, in red ink and Jurat and mail to the below-named Notary Public, Mr. Moreno, USP Hazelton, P.O. Box 2000, Bruceton Mills, West Virginia [26525]
within (10) Calendar days of receipt or be in default hereof. Said default establishes on the record the Confession and Consent of Judgment by every man and woman acting adversely concerning one in any manner that:

1. None of the all-capital-letter being/entities/persons/trusts/ corporational/associations/ unincorporated associations/limited partnership/ whatever referenced herein exists, is solvent, passesses "capacity to sue and be sued... or sue and be sued in a representative capacity" and can appear in court re this instant matter, Whereby DISTRICT OF COLUMBIA, Holding a criminal term grand jury indictment #GJO:GJO. does not exist ab initio and Fictional agency has no jurisdiction over the non-existent cause, the Non-existent parties, and the non-existent thing.

2. Any man or woman who is in default hereof who continues to act against one in any manner is acting illegally, without authority, in private capacity, and in the complete absence of all jurisdiction.

3. One is fully authorized to employ any and all just and lawful means of remedy and recourse concerning action against one by any party who admits and confesses by default to be devoid of all right, authority, and official immunity, to the sum of 1,000,000,000 (one billion dollars).

The undersigned affiant, Bruce Everett Void-El i.e. "one" does herewith assert and declares on one's unlimited liability that one issues this affidavit of Specific Negative Averment with sincere intent, that one is competent to state the matter set forth herein, that the contents are true, correct and complete in accordance with one's knowledge over an sincerely held spiritual conviction and creed.

Bruceton Mills
County of ~~West Virginia~~ Preston State of West Virginia

Subscribed and sworn to at USP HAZELTON before me this 30th day

of MAY A.D. 2006

Notary Public _____

My Commission Expires Dec 30, 2015

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
DIEGO M. MORENO
United States Penitentiary Hazelton
P.O. Box 450
Bruceton Mills, West Virginia 26525
My Commission Expires Dec. 30, 2015

Witness my hand and official seal.

OF THE

DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on July 16, 1990

| THE UNITED STATES OF AMERICA | : | Criminal No.: GJO; GJO |
|---|---|---|
| v. | : | Violation: 22 D.C. Code, Section 2401, 3202; 3204(b); 3204(a); 33 D.C. Code 541(a)(1); 549 |
| WILLIAM A. JOHNSON BRUCE E. VOID | : | (Conspiracy to Distribute and Possess With Intent to Distribute Controlled Substances; First Degree Murder While Armed (Premeditated); Possession of a Firearm During Crime Of Violence Or Dangerous Offense; Carrying A Pistol Without A License) |

The Grand Jury charges:

FIRST COUNT:

Commencing in or about November 1987, and continuing thereafter up to and including on or about September 7, 1989, the exact dates being unknown to the Grand Jury, within the District of Columbia and elsewhere, William A. Johnson and Bruce E. Void did unlawfully, knowingly, and willfully combine, conspire, confederate and agree together and with other persons known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally, distribute and possess with the intent to distribute quantities of cocaine and phencyclidine, Schedule II controlled substances, all in violation of Title 33 D.C. Code, Section 541(a)(1).

05 1305

**FILED**

JUL 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

A TRUE COPY
TEST: MAR 2 2 2004

Clerk, Superior Court of the
District of Columbia

By: _____
Deputy Clerk

distributed quantities of phencyclidine to street level sellers, for distribution at various locations, including but not limited to Langston Lane, Southeast, Washington, D.C.

7.     Between on or about November 1987 and on or about September 1, 1989, William A. Johnson, Bruce E. Void, and others received money in exchange for quantities of phencyclidine.

8.     On or about September 1, 1989, William A. Johnson and Bruce E. Void armed themselves.

9.     On or about September 1, 1989, William A. Johnson and Bruce E. Void killed Tyrone Carrington.

10.     On or about September 2, 1989, William A. Johnson and Bruce E. Void killed Carlos Carrington.

11.     On or about September 2, 1989, William A. Johnson and Bruce E. Void shot Calvin Moore, III.

10. 12.     On or about September 2, 1989, William A. Johnson and Bruce E. Void  stole a quantity of cocaine and a pistol. (Conspiracy, in violation of 33 D.C. Code, Section 549)

SECOND COUNT:

B     William A. Johnson and Bruce E. Void within the District of Columbia, while armed with pistols, purposely and with deliberate and premeditated malice, killed Tyrone Carrington, by shooting him with pistols on or about September 1, 1989 thereby causing injuries from which Tyrone Carrington died on or about September 2, 1989. (First Degree Murder While Armed (Premeditated) in violation of 22 D.C. Code, Sections 2401, 3202)

A TRUE COPY
TEST: MAR 2 2 2001

Clerk, Superior Court of the
District of Columbia
By: _____
Deputy Clerk

**THIRD COUNT:**

On or about September 1, 1989 within the District of Columbia, William A. Johnson did possess a firearm, that is, a pistol or imitation thereof, while committing the crime of murder, forth in the second count of this indictment. (Possession of Firearm During Crime of Violence or Dangerous Offense, in violation of 22 D.C. Code, Section 3204(b))

**FOURTH COUNT:**

On or about September 1, 1989 within the District of Columbia, William A. Johnson did carry, openly and concealed on or about his person, a pistol, without a license, issued as provided by law. (Carrying A Pistol Without A License, in violation of 22 D.C. Code, Section 3204(a)

**FIFTH COUNT:**

On or about September 1, 1989 within the District of Columbia, Bruce E. Void did possess a firearm, that is, a pistol or imitation thereof, while committing the crime of murder, as set forth in the second count of this indictment. (Possession of a Firearm During Crime of Violence or Dangerous Offense, in violation of 22 D.C. Code, Section 3204(b))

A TRUE COPY
TEST: MAR 2 2004
Clerk, Superior Court
District of Columbia
By
Deputy Clerk

SIXTH COUNT:

On or about September 1, 1989 within the District of Columbia, Bruce E. Void did carry, openly and concealed on or about his person, a pistol, without a license, issued as provided by law. (Carrying A Pistol Without A License, in violation of 22 D.C. Code, Section 3204(a)

*Jay B. Stephens* (DS)

Attorney of the United States in and for the District of Columbia

A TRUE BILL:

Foreperson.

A TRUE COPY
TEST : MAR 2 2 2004
Clerk, Superior Court of the
District of Columbia
By
Deputy Clerk

SUPERI  . COURT OF THE DISTRICT OF  OLUMBIA

United States of America
~~District of Columbia~~

vs.

_Bruce E. Vail_

MAX
154

Case No. _F 10343-90_
PDID No. _247 974_

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☑ Not Guilty ~~Guilty to the Charge~~(s) of _____
(A) _Conspiracy_
(B) _First degree Murder while armed_
and having been found guilty by ☒ Jury ☐ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to _____
(A) _3 to 9 years consective to Count (B)_
(B) _20 years to life_

☒ MANDATORY MINIMUM term of _20 to life_ _____ applies to the sentence imposed.
☐ MANDATORY MINIMUM term does not apply.

☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.

☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:
_____

☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____

☐ _____

06 1305

Costs in the aggregate amount of $_____ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☒ have not been paid. _PRE-SENTENCE REPORT NOT AVAILABLE_

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

A TRUE COPY
TEST:

_September 6 1991_
Date

Clerk, Superior Court
for the District of Columbia

Certification by Clerk pursuant to Criminal Rule 32(d).
By _____
Deputy Clerk

_September 6 1991_
Date

Judge

_M. McCall_
Deputy Clerk

**FILED**

JUL 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT